John Panella, appellee, v. Vincent P. Pace, appellant. Gen. No. 30,605.

Action upon promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Clarence P. Parker, for appellant. Pines & Newmann, for appellee; Richard R. Klein, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Lottie Knowles, appellee, v. City of Chicago, appellant. Gen. No. 30,618.

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. L. P. Harriss, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Earl B. Dickerson, Assistant City Attorney, and Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Edwin H. Arnold and Charles H. Mitchell, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

M. E. Wolfsohn, appellee, v. Max Rothschild, appellant. Gen. No. 30,671.

Action upon promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed with findings of fact. Opinion filed June 14, 1926.

Brown, Fox & Blumberg, for appellant; Jacob Logan Fox, of counsel. Wolfsohn & Fireman and Cohon & Goldstein, for appellee; Samuel S. Cohon and Irving S. Goldstein, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Frank Olson and Ella Olson, appellees, v. State Bank of Chicago, appellant. Gen. No. 30,683.

Action to recover value of cashier's check payable to plaintiffs but paid to others upon unauthorized indorsements. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926. Rehearing denied June 29, 1926.

Samuel MacKeehan Dague and George E. Fink, for appellant; James J. Danaher and John C. Garriott, Jr., of counsel. Edward M. Burke, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.